**SEALED**

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900

**FILED**

JUL 15 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOR A CRIMINAL COMPLAINT IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA OF THE SEARCH AND ARREST OF THE PERSONS OF ANDREW KIMURA & PAVITAR DOSANGH SINGH aka "PETER" INCLUDING THEIR RESPECTIVE CELLULAR TELEPHONES WITH NUMBERS 707-590-5118, 916-553-4208, 916-501-8702 and 916-604-2339. | CASE NO. 2:15-MJ-0148 EFB<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the criminal complaint, arrest warrants, search warrants, and underlying affidavit in the above-entitled proceeding, shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 7-15-2015

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE

SEALING ORDER                              1