BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR COMPLAINT, ARREST WARRANTS, SEARCH WARRANTS AND ACCOMPANYING AFFIDAVIT CONCERNING:<br><br>ANDREW KIMURA & Pavitar DOSANGH SINGH aka "Peter" | 2:15-mj-0148 EFB<br>2:15-sw-0401 EFB<br>2:15-sw-0402 EFB<br><br>[PROPOSED] ORDER TO UNSEAL COMPLAINT, ARREST WARRANTS, SEARCH WARRANTS AND ACCOMPANYING AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 7/16/15

_____
The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE

**FILED**
JUL 16 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK