BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED

AUG 0 6 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW KIMURA,<br>PAVITAR DOSANGH SINGH,<br>  aka "Peter Singh,"<br>  aka "Pavitar Dosanjh Singh,"<br>MANGAL GILL, and<br>ROBERT TURCHIN,<br><br>Defendants. | CASE NO. 2:15-CR-0161 KJM<br><br>Da)<br>[PROPOSED] ORDER TO SEAL<br><br>(UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney TODD A. PICKLES to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 8/6/15

_____
The Honorable Dale A. Drozd
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO SEAL INDICTMENT                    1