UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cr-161-GEB |
|---|---|
| Plaintiff, | |
| v. | **SENTENCING FINDINGS** |
| ROBERT TURCHIN, | |
| Defendant. | |

The United States of America request for the following sentencing finding based upon the trial record is granted:

> Turchin was one of the "people" Gill needed to pay bribes to (i.e., "postage") to get fraudulent CDLs. This is supported by comparing Gill's text messages with Turchin and the DMV journals Turchin accessed and updated fraudulently (as evidenced by bypassed fingerprints and incredible short test taking times) after getting specific CDL numbers from Gill. It is also supported by the fact that Klem testified about how Gill told her not to worry if she could not finish updating a fraudulent CDL for him—Turchin would handle it. Klem also discussed how Gill paid her for the same conduct Gill went to Turchin for (i.e., fraudulently accessing and updating CDL numbers), which resulted in valid permits and/or licenses being issued. Klem also stated she got paid by Gill for this activity in cash, in envelopes. On the day agents searched Turchin's car, they found at least $10,000 in cash, in envelopes, hidden in Turchin's Mercedes only days after Gill and Turchin were planning to meet.
>
> This evidence shows that Gill paid Turchin more

1

> than one bribe payment. Accordingly, the two-level enhancement properly applies and the Court should overrule Turchin's objection to Paragraph 41 of the PSR.

Gov.'s Responses to Def.'s Objs. to Presentence Report at 3:7-20, ECF No. 191.

These sentencing findings "must [be] append[ed] . . . to any copy of the presentence report made available to the Bureau of Prisons." Fed. Rule Crim.Proc. 32.

Dated: November 9, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2