UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT TURCHIN,<br><br>　　　　　Defendant. | No. 2:15-cr-161-GEB<br><br>**ORDER DISREGARDING SUBSTITUTION OF COUNSEL REQUEST** |

On December 31, 2018, Defendant Robert Turchin's counsel filed a request in the district court seeking to substitute the Defendant in propria persona in this action in which a Notice of Appeal was filed on November 20, 2018. Proposed Consent Order Granting Substitution of Attorney, ECF No. 223. On January 9, 2019, Defendant's counsel emailed the district court Courtroom Deputy the following: "I am inquiring only as to the status of the Consent Order Granting Substitution of Attorney for Robert Turchin and whether the Court has had an opportunity to sign." To ascertain the status of Ninth Circuit appeal, the district court reviewed a filing in the Ninth Circuit in which Defendant seeks court appointment of counsel based on his inability to afford retained counsel. Mot. for Appointment of Counsel, Case No. 18-10464, ECF No. 2. Therefore, it is unclear why Defendant's counsel is requesting in the district court to substitute the Defendant in propria persona, in direct

1

contradiction to Defendant's motion in the Ninth Circuit in which he seeks appointment of counsel.

Counsel has not shown that substitution request should be considered by the district court since this action has been appealed. Therefore, the request is disregarded.

Dated: January 9, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge